

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-14-00263-CV

**IN THE INTEREST OF H.O.,** a Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

 Counsel for appellant Griselda Ortiz has filed a first amended motion to withdraw as counsel. The motion is GRANTED. *See* TEX. R. APP. P. 6.5.

 Appellant's motion for extension of time to file a motion for rehearing is GRANTED. Any motion for rehearing filed by appellant is due on or before **July 3, 2015**.

_____
Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court